IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER ALLEN COSE,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 15-cv-381-jdp

REED A. RICHARDSON,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Roger Allen Cose's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 6/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |